**David M. MUNDEN, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7260.

United States Court of Appeals, Federal Circuit.

Jan. 7, 2004.

*ORDER*

Upon consideration of David M. Munden's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*AFFIRMED. See* Fed. Cir. R. 36.